IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| SHERWIN S. PERKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 324-074 |
| | ) | |
| BRIAN CHAMBERS, Warden; COUNSELOR PERRY; MS. HALL, Medical Admin; DR. AYEDUN; NURSE DANIELS; OFC. GREEN; OFC. SCOTT; OFC. DANIELS; COUNSELOR STAFFORD; MEDICAL COLLEGE OF GA; DR. ZELLNER; DEPUTY WARDEN PROSSER; MS. SALEM; MS. BRAGG; OFFICER FORD; RON PANNIS; and J PAY CORP, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 24.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** Defendants Medical College of GA, Ron Pannis, J Pay Corp, Chambers, Bragg, Prosser, Ford, Green, Officer Daniels, Scott, Salem, Perry, Stafford, and Nurse Daniels for failure to state a claim against them upon which relief may be granted. The case shall proceed against Defendants Dr. Zellner, Dr. Ayedun, and Ms. Hall as described in the Magistrate Judge's March 4, 2025 Order. (Doc. no. 9.)

SO ORDERED this 18th day of April, 2025, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE