IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| SHERWIN S. PERKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 324-074 |
| | ) | |
| DR. AYODELE ABEL AYEDUN; DR. CHERILYN ZELLNER; and MS. MITZI HALL, | ) ) ) | |
| | ) | |
| Defendants.[1] | ) | |

**O R D E R**

Plaintiff, an inmate at Johnson State Prison, has paid the $405.00 filing fee and is proceeding *pro se* in this case commenced pursuant to 42 U.S.C. § 1983.  Defendants Dr. Zellner and Ms. Hall filed a motion to dismiss on May 5, 2025.  (Doc. no. 38.)  Defendant Dr. Ayedun waived service of summons, (doc. no. 33), but has not yet responded to Plaintiff's Amended Complaint.

A motion to dismiss is dispositive in nature, meaning that the granting of a motion to dismiss results in the dismissal of individual claims or an entire action.  Plaintiff must respond to the motion to dismiss within fourteen days of service of the motion, and if Plaintiff fails to respond, the motion will be deemed unopposed and granted, resulting in the dismissal of the claims that are the subject matter of the motion.  See Loc. R. 7.5.  To assure that Plaintiff's

---

[1] The Court **DIRECTS** the **CLERK** to update Defendants' names on the docket in accordance with the above caption, which is consistent with Defendants' full names as provided on the docket.  (See doc. nos. 33, 38.)

response is made with fair notice of the requirements of the Federal Rules of Civil procedure regarding motions to dismiss, generally, and motions to dismiss for failure to state a claim upon which relief may be granted, the Court **DIRECTS** the **CLERK** of **COURT** to attach a copy of Fed. R. Civ. P. 12 and 41 to Plaintiff's service copy of this Order.

SO ORDERED this 7th day of May, 2025, at Augusta, Georgia.

*[signature]*
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA